**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ADOPTION OF: G.A.  : No. 26 WAL 2023
: 
: 
PETITION OF: A.A., FATHER  : Petition for Allowance of Appeal
: from the Order of the Superior Court

IN RE: ADOPTION OF: P.A.  : No. 27 WAL 2023
: 
: 
PETITION OF: A.A., FATHER  : Petition for Allowance of Appeal
: from the Order of the Superior Court

IN RE: ADOPTION OF: D.A.  : No. 28 WAL 2023
: 
: 
PETITION OF: A.A., FATHER  : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.